John Andrew Graham, a Minor, by Sara Francis Graham, His Mother and Next Friend, Plaintiff-Appellant, v. Lyle Jennings and Joe Pasero, d/b/a Joe's Blue Room and Ruth Anderson, d/b/a Court Club, Defendants-Appellees.

Gen. No. 10,189.

Third District.
November 23, 1959.
Rehearing denied December 17, 1959.
Released for publication December 17, 1959.

Lawrence B. Moore, of Paris, for plaintiff-appellant.

Craig and Craig, of Mattoon (J. E. Horsley and Riley McClain, of counsel) for defendants-appellees.

JUDGE ROETH delivered the opinion of the court.

This case involves the identical question which was presented to this Court in Shelton vs. Woolsey, 20 Ill.App.2d 401, 156 N.E.2d 241.

Nothing has been presented to us in the case at bar which would give us reason to alter the views expressed in the opinion in the Shelton case and therefore we adhere to our former opinion.

Accordingly the judgment of the Circuit Court of Edgar County is affirmed.

Affirmed.

REYNOLDS, P. J. and CARROLL, J., concur.